Petition for Writ of Mandamus Denied and Memorandum Opinion filed March
10, 2005









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed March 10, 2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00170-CV

____________

 

IN RE LEONARD M. McCOLLUM, Relator

 

________________________________________________________________

 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

________________________________________________________________

 

M E M O R A N D U M   O
P I N I O N

On February 17, 2005, Leonard M. McCollum
filed a Request for Temporary Relief and Motion to Stay.  The document contains argument and citation
to authority, seeking a stay of trial court proceedings pending our
determination of Athe pending Application for Writ of Mandamus.@ 
No petition for writ of mandamus was filed.  

Real party has filed a response, arguing that the motion
should be denied because no petition for writ of mandamus has been filed, and
alternatively, that even if a petition had been filed, mandamus is not the
appropriate remedy.








We agree with real party=s assertion that the motion should be
denied.  Absent the filing of a petition
for writ of mandamus in accordance with Rule 52.3, we are unable to grant
extraordinary relief.  Accordingly, we
deny relator=s motion for temporary relief and
motion to stay. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed March 10, 2005.

Panel consists of
Justices Yates, Anderson, and Hudson.